# Exhibit O-2: Final EA Appendix M (Public Comments Received), Part 1 of 3

Jon Travis
Henderson County
Farm Services Agency
80 A South Broad St.
Lexington, IN 38351

Dear Mr. Travis,
I am writing this letter in
regards to the possible construction
and operation of the sixteen chicken
barns on Judge McCullough Road,
in Cedar Grove, IN.
When I heard the news, I was
saddened because I thought of
many things that would change
if this came to pass. I thought
of the bad smells we would have
to tolerate. The fresh air we breathe
now, would be a thing of the past.
The out door church gatherings
such as homecomings, picnics,
barbeques would no longer be
enjoyed. Sitting on our porches

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Cindy Page

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Carrie Warren

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Tahria Roberson

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov

November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Tulica Hart Robertson
4th Generation in this area!!!

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Sony Robertson

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Betty Williams

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Mae Helen Hart

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Alsha Phelps

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov

November 16, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Lee Helen Weathers

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Dallas Hampton

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Cristella Brown

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

November 17, 2021
Page 3

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Bobby White

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor not to be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Hunter L. Ste[signature]

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jennifer Lipford

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely, *Jessie E Hart*

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

Or something as simple as a
walk in the yard would no
longer be the same.
Large chicken barns cause odors
and emissions of ammonia,
hydrogen sulfide, and poultry
dust, containing bacteria, viruses,
and toxins. These viruses, bacteria,
and toxins cause serious diseases
and infections. Along with these
problems, water sources and
air quality are polluted. All of
these things are detrimental
to our health. To what degree
would the health of individuals
be effected?
A major concern of mine is
the health of my husband. He
has been in this community
all of his life, and has
battled asthma ever since
he was a little boy. The
battle is still real. These
chicken barns would only

make his problem worse, but who really cares?

Take a few minutes to think about these questions, and be honest. How would you feel if this chicken farm was moving in near you? Would you be happy?

Please take the community concerns in consideration!

Tracey McClerking

I understand that chicken farms have to be somewhere. I just would like to see them in the middle of no where. That way communities would not be affected.

To Whom It May Concern:

I am writing this letter to express my concern about a chicken facility in my area. I vote no. Find a place where there are no houses and put them there, no where people are living. Why is it that we can't get the things we want in our area that other people have in theirs that are looked on as a good thing? Things that we don't want are always in our area. Again I vote no.

Timothy McClerking

Farm Service Agency or To Whom It May Concern,

I am writing in regards to the large CAFO construction project that has been proposed for Judge McCullough Road parcels 012. 013.00 And 012.013.01. First off, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all of your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask yourself how I would feel if it was in my community. The Henderson county community is saying no but the industry is saying Yes......No always means No...

Best Regards and God Bless,
Thomas Gorden,

November 13, 2021

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Mark Dorden
9/17/2021

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Reggie Bryant

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jamal Pate

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations.  We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities.  Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jessica L Gordon

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

*Lerester Pritchard*

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

cc: andy.lewis@usda.gov

lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Renee Pritchard

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations.  We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities.  Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Stephanie Williams

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Julee L Good

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Sue Bailey

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.


In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...


Sincerely,

Janet Parke

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes……No always means No…

Sincerely, *(signature)*

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

E wsne Copont

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Wand Williams

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

John Williams

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Irma A. Hart

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Sharon A. King

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

Mr. Travis
November 17, 2021
Page 2

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov

November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely, Renae Thomas

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Mae Rushing

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Nelson Bushing

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Keith Harden

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Shanda Hardin

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely, Denica Melton

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.