Exhibit O-3: Final EA Appendix M (Public Comments Received), Part 2 of 3

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 -
Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would
consist of the construction and operation of a total of sixteen (16) poultry houses along with associated
outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject
project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft
are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the
Draft aside, however, it still fails to provide any thorough assessment of the issues associated with
introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of
life, property value and local economics. The information provided in the Draft is sorely lacking in any
credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation
will not directly discharge to waters of the United States is a far cry from assuring that the operation will not
result in water pollution. Several occurrences, including negligence, natural disasters and equipment
malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted
from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by
removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used
to move those gases from the houses out into the surrounding environment. How can this even vaguely
constitute an argument against air pollution? The discussion further fails to address the dander and
particles released into the environment by the houses. Both of which have been shown to have significant
impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Sherry H. Gordon

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 17, 2021

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Megathia Anderson

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Janice McCullogh

cc: andy.lewis@usda.gov
lisa.lien@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
Jon.travis@usda.gov


November 16, 2021


Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McCullough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses, so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs. The decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.


In closing, I know and understand that this project is far too massive for a letter of concern to sway a decision; I also understand that approximately 1.5 million dollars has been allocated to the purchase of property alone to make this endeavor possible. However, I do urge you and your group to consider the residents in all your decisions. The Rock Springs area encompasses more minority landownership per acre than any other area in Henderson and possibly many other surrounding counties. The area has four black churches; one Amish church, many active businesses and this embodies the future inheritance for many minority children. It's a well-known fact that the residents of Henderson County do not welcome Concentrated Animal Feeding Operations. We in Henderson County love farming but this operation doesn't function like a farm. This is another way for large industries to push its agendas on small communities. Consider this as a gate way into Henderson County, today it's our backyard but tomorrow it could be yours. Consider that a large investor could purchase a tract of property next to you with the right to farm. We in Henderson County are concerned about the odors, lake pollution, air pollution, property devaluation, traffic, and the overall standard of living. I ask you to make this decision personal, take away the financial gains, and add the humanity, and then ask what it was me. The community is saying no but the industry is saying Yes......No always means No...

Sincerely,

Mae K. Carter


cc: andy.lewis@usda.gov
lisa.lien@usda.gov

# WE ARE FACING A

# **THREAT**

to
Health Property
Environment
&
Quality of Life

Concentrated Animal Feeding Operations (CAFOs) have repeatedly caused the devastation of rural communities across the world. These large scale operations for the raising of livestock, encouraged by other globally scaled industries, bring irreparable harm to small communities such as ours by:

Polluting the air, land and water causing serious health issues

Decreasing property values

Destroying local infrastructure such as public roadways

Harming small farmers

We cannot allow the introduction of CAFOs into our beloved communities only to watch as those communities are devastated for the benefit of limited few. CAFOs do NOT benefit local communities, they do NOT provide local jobs, and they do NOT have concern for the best interests of the people who live near them. We must act to protect our community.

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Betty Williams | | Betty William |
| Gail Corbitt | | Gail Corbitt |
| Jeffery Corbitt | | Jeffery Corbitt |
| Mark Gorden | | |
| Jessica Gorden | | Jessica Gorden |
| Caleb Gorden | | Caleb Gorden |
| Tim mcclerking | | |
| Jim mcclerking | | Jim mclerking |
| Tony & Felecia Robertson | | Tony Robertson |
| Felecia Robertson | | Felecia Robertson |
| Mae Helen Hart | | Mae Helen Hart |
| Brenda Scott | | Brenda Scott |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Mae Carter | | Mae Carter |
| Emmanuel McCluskey | | Emmanuel McCluskey |
| Susan Wilcox | | Sue Wilcox |
| Elizabeth Williams | | Elizabeth Williams |
| Theodore Williams | | Theodore Williams |
| Cristella Brown | | Cristella Brown |
| Regen Haupt | | Regen Haupt |
| George Scott | | George Scott |
| Anthony Gordon | | |
| Jacquelin Gordon | | Jacquelie Gordon |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| William Carter | | Wm. Carter Jr |
| Bonnie Carter | | Bonnie Carter |
| Tracey McClerking | | |
| Valerie Henning | | Valerie Hen |
| Marcus Henry | | Marcus Henry |
| Monique Henry | | Monique Henry |
| Thomas Gordon | | |
| | | |
| | | |
| | | |
| | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Nicholas Pettie | | |
| Regena Hampton | | |
| Zach Staten | | |
| Vidella Staten | | |
| William Carter Jr | | |
| Reginald Bryant | | |
| Kimberly Bryant | | |
| Jamal Pate | | |
| Hart Betty | | |
| Ericka McCherling | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Jeremy Chappel | | Jeremy Chappel |
| Kamiya williams | | Kamiya williams |
| Fremie Pritchard | | Renee Pritchard |
| Levester Pritchard | | |
| Levester Pritchard | | Levester Pritchard |
| Lisa wallace | | Lisa wallace |
| Gladys Pritchard | | Gladys Pritchard |
| | | |
| | | |
| | | |
| | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Ollie S, Pearson | ███████ | Ollie S Pearson |
| Vicky Hart | ███████ | Viof Hat |
| Dantail Brown | ███████ | Dt R |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Owen Williams | ███████████ | Owen Willi... |
| Arthur Pritchard | ███████████ | Arthur Pritchard |
| Edward C. Williams | ███████████ | E. Williams |
| Richard W. Williams | ███████████ | Richard Williams |
| Jhalia Williams | ███████████ | Jhalia Williams |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Alma A | | Alma W. Thorpe |
| Nate L. William | | Noel L. William |
| Henry H. William | | Henry H. William |
| Lorinzo Williams | | Lorinzo William |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---|---|---|
| Michael Derrick | | Michael Derrick |
| Rosia Derrick | | Rosia Derrick |
| Donny Williams | | Danny R. Williams |
| Marie Buckley | | Marie Buckley |
| Jeff & Kylie | | Jeffry & Kylie |
| Deborah Chappel | | Deborah Chappel |
| Jessilyn Chappel | | Jessilyn Chappel |
| Tae Chappel | | Tae Chappel |
| Betty Williams | | Betty Williams |
| | | |

By signing below you are expressing an **objection** to the placement of CAFOs in Henderson County, specifically at 355 Judge McClough Road, Cedar Grove Tennessee a majority minority owned area and generally at any location Henderson County.

| Name (Please Print) | Address | Signature |
|---------------------|---------|-----------|
| S. Guthrie | ███████ | S. Guthrie |
| James Guthrie | ███████ | A Guthrie |
| JOSEPh PARKeR | ███████ | Joseph Parker |
| Evelyn Parker | ███████ | Evelyn Parker |
| Johney Browning | ███████ | Johney Browning |
| Audrey Gooch | ███████ | Audrey Gooch |
| Mary Melton | ███████ | Mary Melton |
| Rusus Staten | ███████ | Rufus Staten |
| Terry Pearson | ███████ | Terry Pearson |
| Tilda Pearson | ███████ | Tilda Pearson |

Farm Service Agency or To Whom It may Concern:

I am writing in regards to the large CAFO (Concentrated Animal Feeding Operations construction project that has been proposed for the Judge McCullough Road parcels 012.013.00, and 0.12013.01. The Rock Springs area is a small minority community.  The area has four black churches, one Amish church and Amish businesses. The community doesn't want a chicken farm in the community.

I have lived in this community for forty-eight years.  During the years, we have asked for a natural gas line to be put in the community.  **We were denied**.  We have asked for asphalt for better road conditions**. We were denied**. We have asked for faster internet services, etc. **and again We were denied.  WE DO NOT WANT A CHICKEN FARM HERE EITHER. PLEASE CONTINUE TO DENY.**

The young man in the office stated, "I grew up around barns", and it is not that bad,. Everyone did not grow up around it, so we do not want it in our neighborhood.  Our property is already devalued, so with a CAFO the community our property continues to decrease in value.  We know that people only care about money, but in our community we care about each other.

WE VOTE NO TO CAFO in Henderson County.


Jacquelin Gordon

**To Whom it May Concern:**

I am writing this letter because of the negative impact that largescale feed barns are having in communities. The smell, dander, waste, and contaminated water supply deeply concern me. The thought of bacteria, E. coli, salmonella, and superbugs that can occur because of these barns terrifies me. I am concerned about my parents. They have health issues and they do not need any respiratory issues to add to that. So far, I do not have any health issues. I want to continue being healthy. I do not think it is fair for any community to have to live under such conditions. These farms should not be built within communities. I genuinely appreciate your consideration in this matter.

Sincerely,

Monique Hennings

Monique Hennings

**To Whom it May Concern:**

I am writing this letter because of the negative impact that largescale feed barns are having in communities. The smell, dander, waste, and contaminated water supply deeply concern me. The thought of bacteria, E. coli, salmonella, and superbugs that can occur because of these barns terrifies me. I have congestive heart failure, diabetes, high blood pressure, and some other health issues. I do not need any respiratory issues to add to that. I do not think it is fair for any community to have to live under such conditions. These farms should not be built within communities. I genuinely appreciate your consideration in this matter.


Sincerely,

Marcus Hennings

**To Whom it May Concern:**

I am writing this letter because of the negative impact that largescale feed barns are having in communities. The smell, dander, waste, and contaminated water supply deeply concern me. The thought of bacteria, E. coli, salmonella, and superbugs that can occur because of these barns terrifies me. I have high blood pressure and some other health issues. I do not need any respiratory issues to add to that. I do not think it is fair for any community to have to live under such conditions. These farms should not be built within communities. I genuinely appreciate your consideration in this matter.

Sincerely,

Valerie Hennings



**Henderson County Farm Bureau**
82 South Broad St., Lexington, TN 38351

November 19, 2021

John Travis, Farm Loan Officer
Henderson/Decatur County FSA Office
Attn: Farm Loan Program
80-A South Broad Street
Lexington, TN 38351

Dear Mr. Travis:

Henderson County Farm Bureau represents a diversity of commodity producers and is the largest general farm organization in the county. As a grassroots, farmer-led organization we support farmers' ability to diversify their operations and welcome farmers who seek to grow our agriculture economy. Agriculture is deeply rooted in the fabric of our county. According to the University of Tennessee, total direct agricultural output in Henderson County is estimated at $146.7 million and with multiplier effects is estimated at $194.4 million.

Farmers want a clean environment. A healthy environment is important to all of agriculture and our families. Land is almost always a farmer's largest asset and as the primary source of income farmers have every incentive to leave this natural resource in better shape for the next generation. Modern agriculture is environmentally sustainable, and farmers strive to constantly improve the environmental resources in their care. Success in farming is dependent on a flourishing environment and the health of their families and neighbors. If future generations are to continue farming in Tennessee, today's farmers must continue to protect our natural resources.

The term "CAFO" comes from the federal Clean Water Act and its regulations, which are known as "concentrated animal feeding operations." Many of today's farms are considered CAFOs according to federal law. Beef, dairy, hog, and poultry farms in Tennessee and across the country have moved to this type of operation because they are scientifically proven by land grant universities to be more productive, efficient, environmentally sound, and provide for better care of the animal. CAFOs are required by law to be built to a zero-discharge standard, meaning the operation cannot have a discharge of pollutants into the land or water. In the unlikely event there is a discharge from a CAFO, federal and state law has been violated and enforcement comes from the US Environmental Protection Agency (EPA) and Tennessee Department of Environment and Conservation (TDEC).

Henderson County has rich tradition in livestock farming, particularly in cattle and swine. While modern poultry operations are somewhat new to Henderson County, this type of livestock farming is an integral part of Tennessee agriculture, as shown in the following facts:

- Tennessee produced 177.3 million head of broiler chickens in 2018.
- Approximately 6 million birds are processed per week in Tennessee.
- As of December 31, 2020, there are 1,881 poultry houses and 492 poultry farms in Tennessee.
- Poultry provides more than 27,000 direct and indirect jobs and accounts for over $438 million paid annually in state and federal taxes.
- Tennessee currently ranks 16th in the U.S. for number of broilers on farms.
- Poultry farms are in 44 counties in Tennessee.

The Henderson County Farm Bureau urges the Farm Service Agency to follow the science and law in this process. We thank you for your time and support of the agriculture community.

Sincerely,


Henderson County Farm Bureau
Board of Directors

Sammy Pruitt, President

**Lien, Lisa - FSA, Nashville, TN**

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Wednesday, November 17, 2021 9:12 AM |
| **To:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | FW: [External Email]Cedar Grove CAFO Project |
| **Attachments:** | 20211116141230.pdf |

See attached letter from Ms. Washburn.

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Jackie Washburn ███████████████████
**Sent:** Tuesday, November 16, 2021 2:17 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Cedar Grove CAFO Project

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see attached.

Thank you,

Jackie Washburn

--
I can't sing but I've got soul. ~ Bono/"Elevation"

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Wednesday, November 17, 2021 9:13 AM |
| **To:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | FW: [External Email]Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee |

Forwarding on...

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

-----Original Message-----
From: Don Eubank Jr. <doneubankjr@hotmail.com>
Sent: Tuesday, November 16, 2021 2:39 PM
To: Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
Cc: Lien, Lisa - FSA, Nashville, TN <lisa.lien@usda.gov>; Lewis, Andy - FSA, Lexington, TN <andy.lewis@usda.gov>
Subject: [External Email]Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon Travis
Henderson County Farm Services Agency
Farm Loan Officer
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McClough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs;

the decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and

the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both of these deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

Sincerely,

Don Eubank
ScoutMaster, Troop 4031, Lexington TN
Concerned Citizens of Henderson County

cc: andy.lewis@usda.gov

lisa.lien@usda.gov

_____

Sent from Don Eubank's iPhone

**Lien, Lisa - FSA, Nashville, TN**

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Wednesday, November 17, 2021 4:47 PM |
| **To:** | Jackie Washburn |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN; Scudder, Scott - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Cedar Grove CAFO Project |

Hi Jackie,

Due to the large volume of comments received, the second version of the draft EA has not been completed yet. We are considering the written comments and appropriate changes will be incorporated into the EA.

Thank You,

Jon

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use of disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Jackie Washburn ███████████████████████
**Sent:** Wednesday, November 17, 2021 2:52 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Cedar Grove CAFO Project

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon:

Is there an updated version of the draft or is it still the same as what you sent me earlier? Please let me know as soon as possible.

Thanks,

Jackie Washburn

--
I can't sing but I've got soul. ~ Bono/"Elevation"

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Tuesday, December 28, 2021 12:19 PM |
| **To:** | Karen Mcclerking |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Chicken Barns |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Karen Mcclerking ███████████████████
**Sent:** Tuesday, December 28, 2021 12:09 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Chicken Barns

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good morning Mr. Travis. My name is Karen McClerking, I have property in the Rock Springs Road community. I am one of the residents who is opposed to the Chicken Barns. Aside from the health issues & bringing down the value of the property in the area, I think it is terrible that the location will effect 93% of the Black neighbors homes & property as well as four Black churches. I would think your office should have made the residents aware of the ongoing plans & got feed back. Thank you for not being transparent.

## Lien, Lisa - FSA, Nashville, TN

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Monday, December 27, 2021 7:43 AM |
| **To:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | FW: [External Email]CAFO Letter |
| **Attachments:** | First Farmers Coop FSA Letter.pdf |

Forwarding along. This is in reference to the White Cemetery Rd/Judge McClough Rd 16 broiler barn EA we are working on in Henderson County.

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Rob White <RWhite@firstfarmerscoop.com>
**Sent:** Thursday, December 23, 2021 12:24 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]CAFO Letter

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon,

I am mailing you the attached letter from First Farmers Coop board of directors today.

Thanks,
Rob White
General Manager
First Farmers Coop
www.firstfarmerscoop.com
Office:731-968-2087
Cell:731-614-7286





**FIRST FARMERS COOPERATIVE**
16219 HWY. 22 NORTH
LEXINGTON, TN 38351

*FIRST ON THE FARM*

December 20, 2021

John Travis, Farm Loan Officer
Henderson/Decatur County FSA Office
Attn: Farm Loan Program
80-A South Broad Street
Lexington, TN 38351

Dear Mr. Travis:

First Farmers Coop is a member owned cooperative with corporate offices in Lexington, Tennessee. First Farmers has over 1400 active members in its trade territory and has serviced the farmers of Henderson county since 1935. First Farmers Coop board of directors represents these 1400 members in all financial matters as well as products and services provided by this organization. As a farmer-led organization we support farmers' ability to diversify their operations and welcome farmers who seek to grow our agriculture economy. Agriculture is deeply rooted in the fabric of our county. According to the University of Tennessee, total direct agricultural output in Henderson County is estimated at $146.7 million and with multiplier effects is estimated at $194.4 million.

Farmers want a clean environment. A healthy environment is important to all of agriculture and our families. Land is almost always a farmer's largest asset and as the primary source of income farmers have every incentive to leave this natural resource in better shape for the next generation. Modern agriculture is environmentally sustainable, and farmers strive to constantly improve the environmental resources in their care. Success in farming is dependent on a flourishing environment and the health of their families and neighbors. If future generations are to continue farming in Tennessee, today's farmers must continue to protect our natural resources.

The term "CAFO" comes from the federal Clean Water Act and its regulations, which are known as "concentrated animal feeding operations." Many of today's farms are considered CAFOs according to federal law. Beef, dairy, hog, and poultry farms in Tennessee and across the country have moved to this type of operation because they are scientifically proven by land grant universities to be more productive, efficient, environmentally sound, and provide for better care of the animal. CAFOs are required by law to be built to a zero-discharge standard, meaning the operation cannot have a discharge of pollutants into the land or water. In the unlikely event there is a discharge from a CAFO, federal and state law has been violated and enforcement comes from the US Environmental Protection Agency (EPA) and Tennessee Department of Environment and Conservation (TDEC).

Henderson County has rich tradition in livestock farming, particularly in cattle and swine. While modern poultry operations are somewhat new to Henderson County, this type of livestock farming is an integral part of Tennessee agriculture, as shown in the following facts:

- Tennessee produced 177.3 million head of broiler chickens in 2018.
- Approximately 6 million birds are processed per week in Tennessee.
- As of December 31, 2020, there are 1,881 poultry houses and 492 poultry farms in Tennessee.
- Poultry provides more than 27,000 direct and indirect jobs and accounts for over $438 million paid annually in state and federal taxes.
- Tennessee currently ranks 16th in the U.S. for number of broilers on farms.
- Poultry farms are in 44 counties in Tennessee.

First Farmers Coop urges the Farm Service Agency to follow the science and law in this process. We thank you for your time and support of the agriculture community.

Sincerely,


First Farmers Coop
Board of Directors

John Moore, President

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Monday, November 22, 2021 11:18 AM |
| **To:** | Thomas Gorden; Smith, Tyeisha - FSA, Nashville, TN |
| **Cc:** | Thomas Gorden; Jackie Washburn; Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Public Comments regards EA ██████ Poultry CAFOs |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Thomas Gorden ████████████████████
**Sent:** Monday, November 22, 2021 11:13 AM
**To:** Lewis, Andy - FSA, Lexington, TN <andy.lewis@usda.gov>; Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>; Smith, Tyeisha - FSA, Nashville, TN <tyeisha.smith@usda.gov>
**Cc:** Thomas Gorden ████████████████████████; Jackie Washburn ████████████████████
**Subject:** [External Email]Public Comments regards EA ██████ Poultry CAFOs

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Mr. Travis, Attached is a 38 page public comment submitted by our community. Please take careful consideration .

Thanks,

Please respond if email has been received.

Thomas Gorden

████████████████

# Lien, Lisa - FSA, Nashville, TN

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Monday, November 22, 2021 11:13 AM |
| **To:** | brenda scott |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]I Oppose the 16 Chicken Barns in Cedar Grove, TN |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** brenda scott ███████████████
**Sent:** Saturday, November 20, 2021 7:51 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]I Oppose the 16 Chicken Barns in Cedar Grove, TN

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

John Travis:


I am a resident in Henderson County, Tennessee where 16 chicken barns have been proposed on Judge McCullough Road in Cedar Grove, Tennessee. Please know, I am against the building of the chicken barns which will be near homes and destroying the livelihoods of the people in this stable community. Research has been collected on other chicken barns which have been proven to be a health risk to the people in the community. In our community you will find all of us on well water which will be polluted by bird feces diseases.

I find it very disheartening for a big company to come into a socio-economic area made up of minorities and the underserved. In the only meeting held in our community, we found out that, the application for these 16 chicken barns in our socio-economic community had false data which had been copied and paste from

previous applications.  **False information on a Federal application should have made the applications null and void.**  In the past, I have applied for a loan with you Mr. John Travis and was turned downed not because of dishonesty but because of various hoops you kept me jumping through.  You discouraged me in applying for future loans and services and now, I am shocked after finding out all the false information that was on the 16 chicken farms.

Sincerely,


Brenda Scott,
A concerned Citizen and Long Time Resident of This Community

## Lien, Lisa - FSA, Nashville, TN

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Friday, November 19, 2021 4:50 PM |
| **To:** | Shunda McClough |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Chicken farm |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Shunda McClough ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Friday, November 19, 2021 4:49 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Chicken farm

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

I'm not for the chicken farm in are community because it's detrimental impact on the environment due to high levels of pollution! There are alot of people that still have wells. I live ▓▓▓▓▓▓▓▓▓ and want it to stay a clean place for my kids to ride bikes and play!!

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Friday, November 19, 2021 3:47 PM |
| **To:** | jackie.washburn |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Cedar Grove CAFO Project |
| **Attachments:** | Judge McClough Rd 16 Broiler Barn Draft EA V.2.pdf |

Hi Jackie,

Please see the attached Version 2 of the Draft EA for the proposed Cedar Grove CAFO project.

Thank You,

Jon

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** jackie.washburn ████████████████████
**Sent:** Thursday, November 18, 2021 6:56 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Cc:** Lewis, Andy - FSA, Lexington, TN <andy.lewis@usda.gov>; Lien, Lisa - FSA, Nashville, TN <lisa.lien@usda.gov>;
jackie.washburn@gmail.com
**Subject:** [External Email]Cedar Grove CAFO Project

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear Jon,

You advised that the second version of the EA draft had not yet been completed. I understand that this is a work in progress, but I am formally requesting a copy of the draft EA as it exists today so that the absolute latest version is under consideration for public comment. I need that copy
before the weekend so that our experts can evaluate any changes which have been made.

The inaccuracies in the first draft EA you provided were such that it appeared much more a working copy
than a Draft EA appropriate for FSA public notice.

The public notice intent is to allow the public meaningful opportunity for public participation. This cannot be accomplished without public access to an accurate draft.