Exhibit O-4: Final EA Appendix M (Public Comments Received), Part 3 of 3

Please provide the copy of the current version of the draft EA digitally on Friday.

Thank you for your immediate consideration.

Sincerely,

Jackie Washburn

Sent from my Galaxy Tab A

**Lien, Lisa - FSA, Nashville, TN**

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Friday, November 19, 2021 1:55 PM |
| **To:** | carterpit |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Concentrated animal feeding operation at map 12 parcel 13.01 Cedar Grove,Tn |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** carterpit ███████████████
**Sent:** Friday, November 19, 2021 1:53 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Concentrated animal feeding operation at map 12 parcel 13.01 Cedar Grove,Tn

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

My name is William Carter. I live out in the community of where the proposed chicken barns are to be built. I strongly oppose this in every way

Sent from my Galaxy

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Friday, November 19, 2021 1:33 PM |
| **To:** | O Washburn |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Poultry Houses in Henderson County |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** O Washburn ███████████████
**Sent:** Friday, November 19, 2021 1:30 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Poultry Houses in Henderson County

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon Travis

Henderson County Farm Services Agency

Farm Loan Officer

80-A South Broad Street

Lexington, TN 38351

jon.travis@usda.gov

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McClough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs;

the decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and

the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and

part of the National Parks Service through affiliation.  In addition to the Battlefield, is the active veterans' cemetery.  Both of these deserve consideration in the placement of a major CAFO in the area.

 Another concerning element lacking in the Draft is that of the socioeconomic status of the area.  Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average.  It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..."  Yet, the Draft does not even mention the demographics of the area.

 While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste.  CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities.  In fact, research has shown the opposite to be true.  CAFOs are destructive.  So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

 Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce.  The Cedar Grove community, however, has been long established.  The residents of the area have not chosen to live near a CAFO after the fact.  They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture."  A CAFO is attempting to invade an area already filled with people who have made their lives there.  These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area.  As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

 The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause.  Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

  Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

 Sincerely,

   cc: andy.lewis@usda.gov

       lisa.lien@usda.gov

_____

Sent from Yahoo Mail for iPhone

3

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 12:21 PM |
| **To:** | Zach Staten |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Chicken farm Cedar Grove |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.
Have a wonderful day,
Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

-----Original Message-----
From: Zach Staten ███████████████
Sent: Thursday, November 18, 2021 11:57 AM
To: Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
Subject: [External Email]Chicken farm Cedar Grove

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello Mr. Travis. My name is Zach Staten. I have a problem with the ████ chicken farm coming to my community in Cedar Grove. I have many concerns, questions, and opposed to this operation damaging what we as a community have worked hard for. I speak for the majority of this community in saying "We do not want this ████ chicken farm here!"
Sent from my iPhone

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:56 AM |
| **To:** | Raymond Henrie |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Raymond Henrie ████████████████████
**Sent:** Tuesday, November 16, 2021 3:52 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

I would write my own letter, but Jackie Washburn has well laid out the numerous objections to these concentrated feeding operations. Although those already constructed have not demonstrated any problems except for destruction of county roads, the demonstrated problems in other areas should be a concern to every resident of Henderson County. Sincerely, Raymond Henrie ████████████████████████████

Jon Travis

Henderson County Farm Services Agency

Farm Loan Officer

80-A South Broad Street

Lexington, TN 38351

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McClough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs;

the decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and

the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both of these deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations..." Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as

almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

Sincerely,  Raymond Henrie

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:55 AM |
| **To:** | carol shannon |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Poultry Barns on Judge McClough Road in Cedar Grove |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.
Have a wonderful day,
Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** carol shannon
**Sent:** Tuesday, November 16, 2021 6:55 PM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Poultry Barns on Judge McClough Road in Cedar Grove

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon Travis
Henderson County Farm Services Agency

Farm Loan Officer

80-A South Broad Street

Lexington, TN 38351

jon.travis@usda.gov

Re: Concentrated Animal Feeding Operations located at Map 12 Parcel 13.00 and Map 12 Parcel 13.01 - Cedar Grove, Tennessee

Dear Mr. Travis:

This correspondence is being provided as an objection to the above referenced project which would consist of the construction and operation of a total of sixteen (16) poultry houses along with associated outbuildings at the address of 355 Judge McClough Road in Cedar Grove, Tennessee.

The Draft Environmental Assessment provided by your office contains references to both the subject project and a site located in Madison County. It is impossible for the reader to know which parts of the Draft are relevant to the above referenced situation and which parts are not. Putting the confusing nature of the Draft aside, however, it still fails to provide any thorough assessment of the issues associated with introducing a CAFO of this size into the Cedar Grove area.

Decades of research have shown CAFOs to be detrimental to the environment, human health, quality of life, property value and local economics. The information provided in the Draft is sorely lacking in any credible support for the opinions offered therein.

The issue of water pollution is simply dismissed as being of no significant impact. Noting that the operation will not directly discharge to waters of the United States is a far cry from assuring that the operation will not result in water pollution. Several occurrences, including negligence, natural disasters and equipment malfunction, could easily create a hazardous situation and lead to substantial water pollution.

The discussion of air pollution does not even include the relevant issue of the dangerous gases emitted from the poultry houses. The employment of ventilation systems is done solely to ensure flock health by removing hazardous gases from the houses so the flocks do not die. The entire ventilation system is used to move those gases from the houses out into the surrounding environment. How can this even vaguely constitute an argument against air pollution? The discussion further fails to address the dander and particles released into the environment by the houses. Both of which have been shown to have significant impact on human health.

As with water and air pollution, the issue of odor is likewise dismissed as insignificant. The existence of trees around the site (if indeed that information pertains to the subject site and not the Madison County site) and the direction of prevailing winds is not adequate enough to declare odor to not be a problem. Nor is any factual or even anecdotal evidence offered to support such a claim. In addition, the storage of thousands of tons of litter and composting of dead birds is merely glossed over.

The Draft finds that the operation will permanently increase the noise level in the area but dismisses this as not being significant because it would not occur at night. How this is an excuse of the acknowledged increase in noise level is unclear.

The Draft also fails to address:

the presence of pest and rodents, which has been documented to increase significantly around CAFOs;

the decrease in property values for the land surrounding the proposed operation which is a well-documented issue; and

the unsuitable infrastructure that exists in the area, particularly the poorly maintained and narrow roads which would become victim to frequent weighty traffic servicing the poultry houses.

Another glaring omission is lack of reference to the proximity of Parker's Crossroads Battlefield to the subject site. Laying approximately four miles from the subject site is Henderson County's most prominent tourist attraction and part of the National Parks Service through affiliation. In addition to the Battlefield, is the active veterans' cemetery. Both of these deserve consideration in the placement of a major CAFO in the area.

Another concerning element lacking in the Draft is that of the socioeconomic status of the area. Cedar Grove and the surrounding areas comprise the largest concentration of black owned property in Henderson County and the majority of residents live at an income level lower than the county average. It is the duty of Federal agencies under Executive Order 12898 to identify and address "disproportionately high and adverse human health or environmental effects of its programs, policies and activities on minority populations and low-income populations…" Yet, the Draft does not even mention the demographics of the area.

While the Cedar Grove community, indeed all of Henderson County, is an agricultural area, it has never been exposed to an undertaking like the one being proposed which will place well over half a million chickens in a single location with all their associated waste. CAFOs have existed across this nation for decades, but that does not make them safe for human health or the environment or establish them as boons to communities. In fact, research has shown the opposite to be true. CAFOs are destructive. So much so that The American Public Health Association has called for a moratorium on establishing new CAFOs and expanding existing ones on more than one occasion.

Tennessee's right to farm laws seek to allow CAFOs the immunity necessary to operate despite the damage and dangers they produce. The Cedar Grove community, however, has been long established. The residents of the area have not chosen to live near a CAFO after the fact. They chose to establish their homes in a rural area with small farms where they live unimpeded by an industrial operation claiming to be "normal agriculture." A CAFO is attempting to invade an area already filled with people who have made their lives there. These people do not deserve to have their lives and their health effected by such an unwelcome addition especially as almost all of them do not possess the financial means to leave the area. As has been seen countless time across the country, the people of this community will be completely vulnerable to the proposed CAFO.

The FSA is tasked with promoting agriculture and the Agency's representatives are undoubtedly passionate about that cause. Does a passion for agriculture, however, trump compassion for the men, women and children who face significant impacts to their health, quality of life and financial security simply because they live where they do?

Before any decisions are made by FSA, I would ask for thorough consideration of the each of the above issues, and for the findings of that consideration to be laid out in a comprehensive manner with relevant and verifiable information to support same.

Sincerely,


Carol Shannon

# Lien, Lisa - FSA, Nashville, TN

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:51 AM |
| **To:** | Lindsey Crowe |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]Complaint Letter to FSA |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Lindsey Crowe ███████████████
**Sent:** Wednesday, November 17, 2021 2:47 AM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email]Complaint Letter to FSA

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Complaint Letter to FSA

To: Jon Travis

Henderson County Farm Service Agency

Farm Loan Officer

Hello,

I am a citizen of the cedar Grove & parkers crossroads community. My family and I do not want chicken barns in our community. This is not the Westover community but we will fight against this just as they did. Thanks

A concerned citizen

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:48 AM |
| **To:** | Anna Meggs |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email] ███ |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.
Have a wonderful day,
Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

-----Original Message-----
From: Anna Meggs ███████████████
Sent: Wednesday, November 17, 2021 6:08 AM
To: Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
Subject: [External Email] ████

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

I do not want ██████████ barns in our area. They will cause more harm than good to our community. Please consider the will of the people who know. So many have no idea because they are not informed.
Thank you,
Anna Meggs
Concerned Citizen

Sent from my iPhone

## Lien, Lisa - FSA, Nashville, TN

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:45 AM |
| **To:** | Kaylee Scott |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email ▮▮▮] Chicken Farms - Cedar Grove |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.

Have a wonderful day,

Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Kaylee Scott ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, November 17, 2021 8:52 AM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Subject:** [External Email] ▮▮▮ Chicken Farms - Cedar Grove

> **[External Email]**
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

As a concerned citizen of the Parker's crossroads area I am writing to say, "NO TO ▮▮▮▮▮. The location of at least two of the chicken houses will be right down from TWO Black churches! Not to Mention Parker's Crossroads is newly developing and continuing to build these massive chicken barns will be crippling any new developments. This will decrease any land value in this community. Why isn't there a compromise? Somewhere they can put their buildings that aren't near newly developing cities and communities with MANY MINORITIES. It is ridiculous. There is also a School, I'm sure you are aware, called Beaver k-8. I have read and personally heard many stories myself about these "chicken farms" by ▮▮▮. To quote a local who lived next to 16 of these facilities " The smell was so putrid we had to go inside" Will Burton of Weakley county. His father had to move out of his home near the farms because the smell started to penetrate the house! Even with HEPA filters the house became uninhabitable. Think before you act on the wrong side of history.

Respectfully,

Kaylee Scott

| | |
|---|---|
| **From:** | Travis, Jon - FSA, Lexington, TN |
| **Sent:** | Thursday, November 18, 2021 10:41 AM |
| **To:** | cathey wilkins |
| **Cc:** | Lien, Lisa - FSA, Nashville, TN |
| **Subject:** | RE: [External Email]16 proposed chicken barns in Cedar Grove community |

Thank you for your email regarding the Judge McClough and White Cemetery Road environmental assessment (EA). Your written comments will be considered and appropriate changes incorporated into the EA.
Have a wonderful day,
Jon Travis

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

-----Original Message-----
From: cathey wilkins ███████████████████
Sent: Wednesday, November 17, 2021 9:25 PM
To: Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
Cc: Lewis, Andy - FSA, Lexington, TN <andy.lewis@usda.gov>; Lien, Lisa - FSA, Nashville, TN <lisa.lien@usda.gov>
Subject: [External Email]16 proposed chicken barns in Cedar Grove community

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Jon, Andy, Lisa,

I have just read the heartbreaking news about more proposed CAFOs in Henderson County.

For 2 decades, I lived near an area in Maryland where multiple chicken barns moved into a beautiful little Chesapeake Bay farming community.

1

The devastation to the residential homes was pure heartbreak. Property values spiraled.  The stench was a gag reflex.  I will never forget the gawd-awful smell when sailing past these CAFO areas on the Chesapeake.

The chicken barns came to dominate the landscape.  Truck operations ruined the roads that were not built for the load. It became a poverty stricken, undesirable area that only the poorest could endure because they could afford nothing better.

Is this our future in Henderson County?
While the state prospers, will Lexington become a poverty-stricken toilet bowl?

It takes a village to fight back on this.
I hope the farming families can find advocates in the three of you.

Please, NO CHICKEN BARN destabilization of our communities.


Cate Wilkins

## Lien, Lisa - FSA, Nashville, TN

**From:** Travis, Jon - FSA, Lexington, TN
**Sent:** Tuesday, November 9, 2021 12:39 PM
**To:** Lien, Lisa - FSA, Nashville, TN
**Subject:** FW: [External Email]Environmental Assessment for Cedar Grove CAFO project
**Attachments:** 20211109114035.pdf

See message below and attached comments.
Thanks,
Jon

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov
Office # 731-307-4115
Fax # 855-487-7928

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**From:** Jackie Washburn ███████████████████
**Sent:** Tuesday, November 9, 2021 11:57 AM
**To:** Travis, Jon - FSA, Lexington, TN <jon.travis@usda.gov>
**Cc:** Lewis, Andy - FSA, Lexington, TN <andy.lewis@usda.gov>
**Subject:** [External Email]Environmental Assessment for Cedar Grove CAFO project

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see attached.

Thanks,

Jackie Washburn

--
I can't sing but I've got soul. ~ Bono/"Elevation"

November 9, 2021

Jon E. Travis
Farm Loan Officer
Henderson/Decatur County FSA Office
Farm Loan Programs
80-A South Broad Street
Lexington, TN 38351
jon.travis@usda.gov

   Re: CAFO Construction at Cedar Grove, Tennessee (Map 12 Parcel 13.00
     and Parcel 13.01)

Dear Mr. Travis:

  I appreciate you providing your Draft Environmental Assessment of the above referenced project. A Notice of Availability for this Assessment was first published in *The Lexington Progress* on October 20, 2021, indicating thirty (30) days for public comment. Following my request to review the Assessment, you kindly provided same to me via electronic means on October 28, 2021.

  After reviewing the Assessment, I must point out that it contains several instances of inaccurate information. While the above referenced project is named as the subject of the Assessment, much of the included information seems to apply to a similar project sited in the Beech Bluff community in Madison County.

  For example, Section 1.6 of the Assessment states:

"The project site is surrounded by an abandoned railroad bed to the North..."
"There are an estimated 56 homes, one school, two churches and one youth camp within a one-mile radius of this site."

  Section 2.2.3 of the Assessment states:

"Drainage area 1 will drain to the Forked Deer River. Drainage areas 2-4 will drain will drain to Spencer Creek."

  Section 2.2.4 of the Assessment states:

"The Proposed Action is located approximately 13 miles East of Jackson in Beech Bluff, TN."

These are just a few of the inaccuracies contained in the Assessment.  These inaccuracies make the Assessment highly misleading.  The reader is left uncertain regarding the accuracy of the provided information.  *The public cannot reasonably be expected to make comment on the project without accurate information to assist in the understanding of this issue.*  The inaccuracies place upon the commenting public a burden of attempting to decipher the true circumstances of the subject project.  While future drafts may be created and a Final Draft achieved for public review, the inaccurate information in the current Assessment can only serve to confuse the situation.

In light of the incorrect nature of the current Assessment, I must request a delay of the period for public comment.  Once a comprehensive and correct Assessment is produced, a new Notice of Availability should be issued and the time period for public comments commenced.

I appreciate your consideration and look forward to hearing from you.

Sincerely,

Jackie Washburn

Jackie Washburn


cc:     Andy Lewis via email @ Andy.Lewis@usda.gov